JEREMY A. MEIER (SBN 139849)
meierj@gtlaw.com
MICHAEL HOGUE (SBN 272083)
hoguem@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Defendant
One West Bank, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DEAN SHREVE<br><br>    Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVICING, LLC, ONE WEST BANK, N.A., 1-10<br><br>    Defendant. | CASE NO.: 2:16-cv-01491-TLN-GGH<br><br>**PARTIES' JOINT STIPULATION AND ORDER EXTENDING TIME UNTIL JULY 21, 2016, FOR DEFENDANT ONE WEST BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:    May 24, 2016 |

Pursuant to Local Rule 144, Plaintiff, Dean Shreve ("Plaintiff"), and Defendant, One West Bank, N.A. ("Defendant"), stipulate that Defendant has until July 21, 2016 to respond to Plaintiff's complaint. This is the first extension of time to respond to which the parties have stipulated, and is made without any waiver of defendant's defenses or objections.

///

///

///

///

PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

LA 132652488v1

IT IS SO STIPULATED, effective July 6, 2016.

DATED: July 6, 2016                    BEN DUPRE, ATTORNEY AT LAW

By: /s/*Ben Dupre*
Ben Dupre
Ronald Wilcox
Attorneys for Plaintiff
Dean Shreve

DATED: July 6, 2016                    GREENBERG TRAURIG, LLP

By:/s/*Jeremy A. Meier*
Jeremy A. Meier
Michael Hogue
Attorneys for Defendant
ONE WEST BANK, N.A.

## **ORDER**

**IT IS SO ORDERED.**

An extension to the deadline for Defendant to respond to the complaint from July 7, 2016 to July 21, 2016 is hereby GRANTED.

Dated: July 10, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

/Shreve1491.stip-eot